1  BENEDICT O'MAHONEY (CA Bar No. 152447)
   bomahoney@terralaw.com
2  **TERRA LAW LLP**
   177 Park Avenue, Third Floor
3  San Jose, California 95113
   Telephone:  (408) 299-1200
4  Facsimile:  (408) 998-4895

5  JONATHAN T. SUDER (*Pro Hac Vice To Be Filed*)
   CORBY R. VOWELL (*Pro Hac Vice To Be Filed*)
6  TODD I. BLUMENFELD (*Pro Hac Vice To Be Filed*)
   **FRIEDMAN, SUDER & COOKE**
7  Tindall Square Warehouse No. 1
   604 East 4th Street, Suite 200
8  Fort Worth, Texas  76102
   Telephone:  (817) 334-0400
9  Facsimile:  (817) 334-0401
   Email:  jts@fsclaw.com
10 Email:  vowell@fsclaw.com
   Email:  blumenfeld@fsclaw.com
11
   *Counsel for Plaintiff*
12 *SOFTVAULT SYSTEMS, INC.*

13 THOMAS CUSHING (*Pro Hac Vice*)
14 **QUINN EMANUEL URQUHART & SULLIVAN**
   500 West Madison Street, Suite 2450
15 Chicago, Illinois 60661
   Telephone:  (312) 705-7400
16 Facsimile:  (312) 705-7401
   Email:  ThomasCushing@quinnemanuel.com
17
18 *Counsel for Defendant*
   *ALCATEL-LUCENT USA INC.*

19                **UNITED STATES DISTRICT COURT**

20            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

21 SOFTVAULT SYSTEMS, INC.              )  Case No.: CV 5:13-0751 LHK
                                        )
22           Plaintiff,                 )  [PROPOSED] ORDER GRANTING
                                        )  MOTION FOR EXTENSION OF TIME
23        v.                            )  FOR CASE MANAGEMENT
                                        )  CONFERENCE
24 ALCATEL-LUCENT USA INC.,             )
                                        )  **JURY TRIAL DEMANDED**
25           Defendant.                 )
                                        )
26                                      )
                                        )
27                                      )
                                        )
28                                      )
                                        )

1   Recognizing the Notice of Settlement and Motion for Extension of Time for Case

2   Management Conference filed by Plaintiff SoftVault Systems, Inc. ("Plaintiff") and Defendant

3   Alcatel-Lucent USA Inc. ("Defendant"), it is

4   ORDERED that the Case Management Conference set for October 16, 2013 is continued to

5   November ~~13~~ 27 November 13, 2013, 2013.  The parties have until ~~this date~~ to file the Stipulation of Dismissal.

6

7   Signed this __10__ day of __October, 2013.

8   _____

9   HONORABLE LUCY H. KOH
    UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                    2