BENEDICT O'MAHONEY (CA Bar No. 152447)
bomahoney@terralaw.com
**TERRA LAW LLP**
177 Park Avenue, Third Floor
San Jose, California 95113
Telephone: (408) 299-1200
Facsimile: (408) 998-4895

JONATHAN T. SUDER (*Pro Hac Vice To Be Filed*)
CORBY R. VOWELL (*Pro Hac Vice To Be Filed*)
TODD I. BLUMENFELD (*Pro Hac Vice To Be Filed*)
**FRIEDMAN, SUDER & COOKE**
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
Telephone: (817) 334-0400
Facsimile: (817) 334-0401
Email: jts@fsclaw.com
Email: vowell@fsclaw.com
Email: blumenfeld@fsclaw.com

*Counsel for Plaintiff*
*SOFTVAULT SYSTEMS, INC.*

THOMAS CUSHING (*Pro Hac Vice*)
**QUINN EMANUEL URQUHART & SULLIVAN**
500 West Madison Street, Suite 2450
Chicago, Illinois 60661
Telephone: (312) 705-7400
Facsimile: (312) 705-7401
Email: ThomasCushing@quinnemanuel.com

*Counsel for Defendant*
*ALCATEL-LUCENT USA INC.*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| SOFTVAULT SYSTEMS, INC. | ) | Case No.: CV 5:13-0751 LHK |
| Plaintiff, | ) | [PROPOSED] ORDER GRANTING MOTION FOR EXTENSION OF TIME FOR CASE MANAGEMENT CONFERENCE |
| v. | ) | |
| ALCATEL-LUCENT USA INC., | ) | **JURY TRIAL DEMANDED** |
| Defendant. | ) | |

1  Recognizing the Notice of Settlement and Motion for Extension of Time for Case Management Conference filed by Plaintiff SoftVault Systems, Inc. ("Plaintiff") and Defendant Alcatel-Lucent USA Inc. ("Defendant"), it is

ORDERED that the Case Management Conference set for October 16, 2013 is continued to November ~~13~~ 27, 2013. The parties have until ~~this date~~ November 13, 2013 to file the Stipulation of Dismissal.

Signed this 10 day of October, 2013.

*Lucy H. Koh*
HONORABLE LUCY H. KOH
UNITED STATES DISTRICT JUDGE

2

CV 13-0751 LHK