1  BENEDICT O'MAHONEY (CA Bar No. 152447)
   bomahoney@terralaw.com
2  **TERRA LAW**
   177 Park Avenue, Third Floor
3  San Jose, California 95113
   Telephone: (408) 299-1200
4  Facsimile: (408) 998-4895

5  JONATHAN T. SUDER (*Pro Hac Vice To Be Filed*)
   CORBY R. VOWELL (*Pro Hac Vice To Be Filed*)
6  TODD I. BLUMENFELD (*Pro Hac Vice To Be Filed*)
   **FRIEDMAN, SUDER & COOKE**
7  Tindall Square Warehouse No. 1
   604 East 4th Street, Suite 200
8  Fort Worth, Texas 76102
   Telephone: (817) 334-0400
9  Facsimile: (817) 334-0401
   Email: jts@fsclaw.com
10 Email: vowell@fsclaw.com
   Email: blumenfeld@fsclaw.com
11
   *Counsel for Plaintiff*
12 *SOFTVAULT SYSTEMS, INC.*

13 THOMAS CUSHING (*Pro Hac Vice*)
14 **QUINN EMANUEL URQUHART & SULLIVAN**
   500 West Madison Street, Suite 2450
15 Chicago, Illinois 60661
   Telephone: (312) 705-7400
16 Facsimile: (312) 705-7401
   Email: ThomasCushing@quinnemanuel.com
17
18 *Counsel for Defendant*
   *ALCATEL-LUCENT USA INC.*

19              **UNITED STATES DISTRICT COURT**

20          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

21 SOFTVAULT SYSTEMS, INC.            )  Case No.: CV 5:13-0751 LHK
                                      )
22          Plaintiff,               )  [PROPOSED] ORDER GRANTING
                                      )  MOTION FOR EXTENSION OF TIME
23     v.                            )  FOR FILING THE STIPULATION OF
                                      )  DISMISSAL
24 ALCATEL-LUCENT USA INC.,          )
                                      )  **JURY TRIAL DEMANDED**
25          Defendant.               )
                                      )
26                                    )
                                      )
27                                    )
                                      )
28                                    )
                                      )

1

2
Recognizing the Updated Notice of Settlement and Motion for Extension of Time for Filing

3
filed by Plaintiff SoftVault Systems, Inc. ("Plaintiff") and Defendant Alcatel-Lucent USA Inc.

4
("Defendant"), it is

5
ORDERED that deadline for the parties to file the Stipulation of Dismissal is extended to

6
November 22, 2013.

7
Signed this_14th day of

8
November          __, 2013

9
_____

10
HONORABLE LUCY H. KOH
UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
2