| | |
|---|---|
| 1 | BENEDICT O'MAHONEY (CA Bar No. 152447) |
|  | bomahoney@terralaw.com |
| 2 | **TERRA LAW** |
|  | 177 Park Avenue, Third Floor |
| 3 | San Jose, California 95113 |
|  | Telephone: (408) 299-1200 |
| 4 | Facsimile: (408) 998-4895 |

JONATHAN T. SUDER (*Pro Hac Vice To Be Filed*)
CORBY R. VOWELL (*Pro Hac Vice To Be Filed*)
TODD I. BLUMENFELD (*Pro Hac Vice To Be Filed*)
**FRIEDMAN, SUDER & COOKE**
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
Telephone: (817) 334-0400
Facsimile: (817) 334-0401
Email: jts@fsclaw.com
Email: vowell@fsclaw.com
Email: blumenfeld@fsclaw.com

*Counsel for Plaintiff*
*SOFTVAULT SYSTEMS, INC.*

THOMAS CUSHING (*Pro Hac Vice*)
**QUINN EMANUEL URQUHART & SULLIVAN**
500 West Madison Street, Suite 2450
Chicago, Illinois 60661
Telephone: (312) 705-7400
Facsimile: (312) 705-7401
Email: ThomasCushing@quinnemanuel.com

*Counsel for Defendant*
*ALCATEL-LUCENT USA INC.*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SOFTVAULT SYSTEMS, INC. | ) | Case No.: CV 5:13-0751 LHK |
|  | ) |  |
| Plaintiff, | ) | [PROPOSED] ORDER GRANTING MOTION FOR EXTENSION OF TIME FOR FILING THE STIPULATION OF DISMISSAL |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| ALCATEL-LUCENT USA INC., | ) |  |
|  | ) | **JURY TRIAL DEMANDED** |
| Defendant. | ) |  |
|  | ) |  |

1178107                                                                   1

1
2       Recognizing the Updated Notice of Settlement and Motion for Extension of Time for Filing
3   filed by Plaintiff SoftVault Systems, Inc. ("Plaintiff") and Defendant Alcatel-Lucent USA Inc.
4   ("Defendant"), it is
5       ORDERED that deadline for the parties to file the Stipulation of Dismissal is extended to
6   November 22, 2013.
7
    Signed this **14th day of November** ___, 2013
8
9                                                   _____
                                                    HONORABLE LUCY H. KOH
10                                                  UNITED STATES DISTRICT JUDGE
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
                                                    2
                                                                                    CV 13-0751 LHK